# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-00408 |
| Plaintiff, | | **JURY TRIAL DEMANDED** |
| v. | | |
| DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION | | |
| Defendants. | | |

## PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF
## <u>DISMISSAL WITHOUT PREJUDICE</u>

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff in the above-captioned action give notice that Defendants are voluntarily dismissed without prejudice. Defendants have not filed an answer or a motion for summary judgment in this matter.

Dated: June 2, 2020

Respectfully submitted,

*/s/ Ryan S. Loveless*
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Travis L. Richins
Texas State Bar No. 24061296
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950

>Jim@EtheridgeLaw.com
>Ryan@EtheridgeLaw.com
>Travis@EtheridgeLaw.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system on June 2, 2020.

>*/s/ Ryan S. Loveless*
>Ryan S. Loveless